```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**RONAL WALKER**                             :        **CIVIL ACTION**
                                             :
    **v.**                                   :
                                             :
**NORMAN ORVILLE SCOTT, ESQUIRE, et al**.:    **NO. 09-4526**

## O R D E R

       AND NOW, this          day of October, 2009, IT IS ORDERED that:

       1.   Leave to proceed <u>in forma pauperis</u> is GRANTED.

       2.   This action is **DISMISSED AS FRIVOLOUS** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

       3.   The Clerk of Court shall mark this case CLOSED statistically.

                      **BY THE COURT:**

                         **/S/ NORMA L. SHAPIRO, J.**